UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DISABILITY SUPPORT ALLIANCE, on behalf of its members; and SCOTT SMITH, <br><br> *Plaintiffs*, <br><br> v. <br><br> WHITE CASTLE SYSTEM, INC.; <br><br> *Defendant*. | Case No. 15-CV-03147-JRT-JJK <br><br> **PLAINTIFFS' RULE 41(a)(1) NOTICE OF DISMISSAL WITH PREJUDICE** |

**PLAINTIFFS' RULE 41(a)(1) NOTICE
OF DISMISSAL WITH PREJUDICE**

Plaintiffs Disability Support Alliance and Scott Smith through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismiss their Complaint against the above-captioned Defendant with prejudice. Because the Defendant has neither served an Answer nor a motion for summary judgment, dismissal with prejudice is proper under Rule 41(a)(1)(A).

Respectfully submitted,

DATED: September 14, 2015

/s/ Paul R. Hansmeier
Paul R. Hansmeier (MN Bar # 387795)
CLASS JUSTICE PLLC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
E-mail: mail@classjustice.org
Phone: (612) 326-9801
*Attorney for Plaintiffs*

- 1 -